UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| MICHAEL J. PLAZIO, Jr., | : | |
| Plaintiff, | : | Civ. No. 21-14403 (RBK) (EAP) |
| v. | : | |
| OFFICER FORREST, et al., | : | **MEMORANDUM & ORDER** |
| Defendants. | : | |

Plaintiff is a pretrial detainee currently housed at the Salem County Correctional Facility ("SCCF") in Woodstown, New Jersey. He is proceeding *pro se* with this civil rights action. On July 20, 2022, this Court dismissed Plaintiff's proposed amended complaint at screening. (*See* ECF 12 & 13). On August 30, 2022, Plaintiff filed a proposed second amended complaint such that the Clerk will be ordered to reopen this case. (*See* ECF 15). On September 26, 2022, however, Plaintiff requested additional time to file a "clean" amended complaint. (*See* ECF 16). This Court will give Plaintiff thirty (30) days in which to submit a proposed amended complaint which will still be subject to screening. However, should Plaintiff not submit a proposed amended complaint within thirty (30) days, this Court will proceed to screen Plaintiff's proposed second amended complaint (ECF 15) as the operative pleading in this case.

Accordingly, IT IS on this 4th day of October, 2022,

ORDERED that the Clerk shall reopen this case; and it is further

ORDERED that Plaintiff's request for additional time in which to submit a proposed amended complaint (ECF 16) is granted; Plaintiff shall have thirty (30) days from the date of this memorandum and order in which to file a proposed amended complaint that will still be subject to screening; and it is further

ORDERED that should Plaintiff not submit a proposed amended complaint within the time allotted, this Court will screen Plaintiff's proposed second amended complaint (ECF 15) and construe it as Plaintiff's operative pleading in this case; and it is further

ORDERED that the Clerk shall serve this memorandum and order on Plaintiff by regular U.S. mail.

s/ Robert B. Kugler
ROBERT B. KUGLER
United States District Judge
