**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |  |
|---|---|---|
| MICHAEL J. PLAZIO, JR., | : | |
| | : | |
| Plaintiff, | : | Civ. No. 21-14403 (RBK) (EAP) |
| | : | |
| v. | : | |
| | : | |
| OFFICER FORREST, et al., | : | **MEMORANDUM & ORDER** |
| | : | |
| Defendants. | : | |
| | : | |

Plaintiff is proceeding *pro se* with a proposed second amended civil rights complaint filed pursuant to 42 U.S.C. § 1983. Plaintiff lists his address of record as the Salem County Correctional Facility. However, after being transferred to the Bayside State Prison, it has come to the attention of this Court that Plaintiff has now been paroled as of May 18, 2023, and has not updated his address of record with this Court. *See https://www.bop.gov/inmateloc/* (last visited on July 14, 2023), Thus, Plaintiff is in violation of Local Civil Rule 10.1 which requires him to keep this Court advised of his updated address. *See* L. Civ. R. 10.1(a) ("Counsel and/or unrepresented parties must advise the Court of any change in their or their client's address within seven days of being apprised of such change by filing a notice of said change with the Clerk."). Therefore, this matter will be administratively terminated at the present time. Should Plaintiff update his address within the time allotted by this Court, the Clerk will be ordered to reopen this case so that Plaintiff's proposed second amended complaint can be screened.

Accordingly, IT IS this 18th day of July, 2023,

ORDERED that by failing to provide the Court with his current address, Plaintiff has not complied with Local Civil Rule 10.1; and it is further

2

ORDERED as a result, the Clerk shall ADMINISTRATIVELY TERMINATE this case; and it is further

ORDERED if Plaintiff updates his contact information and satisfies the appropriate Rules within thirty (30) days of the date of this memorandum and order, the Court will re-open this matter so that Plaintiff's proposed second amended complaint can be screened; and it is further

ORDERED the Clerk shall serve this memorandum and order on Plaintiff by regular U.S mail at his last listed address of record in this case.

s/ Robert B. Kugler
ROBERT B. KUGLER
United States District Judge